*Bates* opens to the Court and jury. The prosecution is unfounded and by people much worse than John Bennett, and calls his witnesses.

1. John Clark, sworn. John Bennett keeps a little whiskey and the like to sell. When a fuss is knocked up in his house, he shows them the door. Some say Percy Griffith's reputation for speaking the truth is not good.

2. Samuel B. Cooper, sworn. I live five miles from John Bennett's. I know nothing about his keeping a disorderly house. I cannot say I would not believe Percy Griffith on his oath.

3. Harrington Sylvester, sworn. I have seen John Bennett drive people out of his house when they became disorderly.

4. John Davis, sworn. I lived at Sand Town in 1827. John Bennett lived on the opposite side of the street. He kept liquor to sell. Don't know that there was more disorder there than elsewhere. Persons were frequently collected at his house drinking.

Submitted without argument or charge. Verdict, not guilty.

### STATE v. SAMUEL HANDY, free Negro.

Court of Quarter Sessions. April 28, 1829.

*Stout's Notes.*

*Rogers* [for State].

250 kegs lard [equal] $25.00

4

$100.00

Property of John M. Clayton.

1. John M. Clayton, sworn. All the kegs [of] lard my family had was taken off in the month of March last. I got back no part of the lard.

2. Elijah McDonnel, offered. Heard Sam say he received from Pete, slave of J.M.C., a pot of lard on the green, took it to Parker's, and he got a pair of shoes. Sam is free.

3. Charles C. Emory, sworn. Heard Sam say J. M. Clayton's boy delivered to him on the green a pot of lard, carried it to Parker's, sold it and got a pair of shoes.

Submitted without argument or charge. Verdict, guilty.

Judgment. Twenty-one lashes. Pay $100. Pay costs [of] prosecution. Sold seven years to the highest and best bidder.

### STATE v. SAMUEL HANDY, free Negro.

Court of Quarter Sessions. April 28, 1829.

*Stout's Notes.*

*Ruth* [for State].

Seven bushels Indian corn [at] .40 = [$]2.80

$$\frac{4}{[\$]11.20}$$

Property of Nehemiah Clark.

1. Nehemiah Clark, sworn. I know I lost the corn. I suppose six, eight, ten or twelve bushels were taken away. Samuel Handy passes for a free man. The corn was worth 40¢ a bushel. I never got any part of the corn.

2. Charles C. Emory, sworn. Samuel said Mr. Clark's boy got the corn out of the stable and he took it at the stable door and carried it to Parker's. He received two parcels, one and a half bushels at each time.

[3.] Elijah McDonnel affirmed. Samuel acknowledged he had taken three bags of corn. Mr. Clark's boy took it out of the stable, and he carried it to Parker's.

Submitted without argument or charge. Verdict, guilty.

Judgment, $11.20—fourfold. Twenty-one lashes. Pay cost [of] prosecution. Sold seven years to the highest and best bidder.